OPINION — AG — ** AVERAGE DAILY ATTENDANCE — TEACHERS — SCHOOL DISCONTINUED ** A HIGHSCHOOL OF A SCHOOL DISTRICT IS NOT AUTOMATICALLY " DISCONTINUED " BY REASON OF 'NOT' HAVING AN AVERAGE DAILY ATTENDANCE OF 40 PUPILS THEREIN THE PROCEEDING YEAR. (STATE EQUALIZATION AID, MAJORITY OF ELECTORS, TEACHER CONTRACT, VOID, TERMINATION) CITE: 70 O.S. 6-1 [70-6-1], 70 O.S. 6-5 [70-6-5] 70 O.S. 18-4 [70-18-4], 70 O.S. 6-6 [70-6-6] (J. H. JOHNSON)